UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. WEBB,

                  Plaintiff,

  v.

MICHAEL J. ASTRUE. Commissioner of Social Security,

                  Defendant.

Case No. 3:12-cv-05196-RJB-KLS

ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Based on defendant's unopposed motion to amend the scheduling order (see ECF #17), the declaration of Jeffrey R. McClain (see ECF #18) and lack of opposition to defendant's motion by plaintiff, that motion is granted and it is hereby ordered as follows:

Plaintiff's Response Brief shall be filed on or before **August 29, 2012**, and plaintiff's reply brief shall be filed on or before **September 12, 2012**.

DATED this 1st day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1