UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E. WEBB,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 12-CV-5196 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #21] recommending that this case be remanded, based on the stipulation of the parties [ECF #20].  It is therefore ORDERED

      (1)  The Court ADOPTS the Report and Recommendation (Dkt. 21);

      (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

      (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 29th day of August, 2011.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1